MN, ND - 305
(10/00)

#193922

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5**
**For Deposit to Registry Fund**

Debtor:         Mark and Tammy Grissman

Chapter 7 Case No.    07-42346-RJK

Please Check One:

xxx    Unclaimed Dividends

____   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CHARMING SHOPPES – FASHION BUG<br>FIRST EXPRESS<br>P O BOX 856021<br>LOUISVILLE KY 40285 | 10 | 404.31 | 33.23 |

DATED: September 6, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

07-263